Mark C. Wenzel, Esq.
State Bar No. 5820
BRADLEY, DRENDEL & JEANNEY
401 Flint Street
P.O. Box 1987
Reno, Nevada 89505
(775) 335-9999
(775) 335-9993 - fax
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

DONNA LOVELAND, individually and on behalf of her minor children NOAH and HANNAH LOVELAND,

   Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through XXX, inclusive,

   Defendants.

Case No. 3:06-CV-00190-HDM-VPC

### PROOF OF ESTABLISHMENT OF A BLOCKED TRUST ACCOUNT FOR A MINOR CHILD

COMES NOW, DONNA LOVELAND, natural mother of NOAH and HANNAH LOVELAND, minor children, by and through their attorneys of record, BRADLEY, DRENDEL & JEANNEY and hereby respectfully represents that the following blocked trust accounts have been established.

IT IS HEREBY ORDERED:

1. For the benefit of NOAH and HANNAH LOVELAND, minor children, pursuant to NRS 41.200, governing compromise of said minors' claim for personal injuries sustained on September 6, 2004.

2. A blocked account has been established through Wells Fargo Advisors in the amount of EIGHTY EIGHT THOUSAND SIX HUNDRED FORTY DOLLARS AND 77/100 ($88,640.77) for the benefit of NOAH LOVELAND. Attached as "Exhibit A" is proof of the

1 | establishment of this blocked account.

2 |    3.   A blocked account has been established through Wells Fargo Advisors in the amount of EIGHTY EIGHT THOUSAND THREE HUNDRED FIFTY DOLLARS AND 28/100 ($88,350.28) for benefit of HANNAH LOVELAND. Attached as "Exhibit B" is proof of the establishment of this blocked account.

DATED this 18th day of May 2010.

BRADLEY, DRENDEL & JEANNEY

By: /s/ Mark
Mark C. Wenzel, Esq.
Attorneys for Plaintiff
401 Flint Street
Reno, Nevada 89501

2

# EXHIBIT A

EXHIBIT A

Wells Fargo Advisors, LLC  
One Utah Center  
201 South Main Street, Suite 160  
Salt Lake City, UT 84111

Tel 801-534-0088  
Fax 801-535-4099  
800-662-3733



May 10, 2010

Bradley, Drendel, & Jeanney  
Attn: Mark Wenzel, Esq.  
401 Flint St  
Reno, NV 89501

RE: Case No. 3:06-CV-00190-HDM-YPC

*IN THE MATTER OF DONNA LOVELAND, Individually and on behalf of her minor children Noah and Hannah Loveland, Plaintiffs*

*vs.*

*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I THROUGH XXX, inclusive, Defendants*

To Whom It May Concern:

This letter confirms that a "restricted custodial account" has been opened at Wells Fargo Advisors, LLC for the benefit of Noah Loveland. The account has been opened as follows:

| | |
|---|---|
| Name of Account: | Donna J. Loveland C/F Noah Loveland UTMA UT (Restricted) |
| Nature of Restriction: | Pursuant to court order dated 01/28/2010 issued from the United States District Court, Nevada, no withdrawals, disbursements or transfers shall be made until further instructions are received from the Subpoena & Garnishment Unit. Trading is allowed. |
| Account No.: | ■■■■■ |
| Type of Account: | Custodial, UGMA/UTMA |
| Initial Deposit: | $88,640.77-Account transfer from The Insight Group, 3115 E Lion Ln, Ste 100, Salt Lake City, UT 84121 |
| Current Balance: | $90,002.65 as of 05/04/2010 |
| Date Acct Opened: | 09/02/2009 |

Please direct any questions regarding this matter to Brody Orton or Christine Anderson at Wells Fargo Advisors, LLC, Draper, UT (801)619-7900.

Sincerely,

Joshua Thomas  
WFA Complex Operations Manager

Please send all correspondence to:  
Wells Fargo Advisors, LLC  
12660 S Fort St, Ste 101  
PO Box 340  
Draper, UT 84020



Member FINRA/SIPC

# EXHIBIT B

# EXHIBIT B

Wells Fargo Advisors, LLC  Tel 801-534-0088
One Utah Center  Fax 801-535-4099
201 South Main Street, Suite 160  800-662-3733
Salt Lake City, UT 84111



May 10, 2010

Bradley, Drendel, & Jeanney
Attn: Mark Wenzel, Esq.
401 Flint St
Reno, NV 89501

RE:   Case No. 3:06-CV-00190-HDM-YPC

*IN THE MATTER OF DONNA LOVELAND, Individually and on behalf of her minor children Noah and Hannah Loveland, Plaintiffs*
vs.
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I THROUGH XXX, inclusive, Defendants*

To Whom It May Concern:

This letter confirms that a "restricted custodial account" has been opened at Wells Fargo Advisors, LLC for the benefit of Hannah Loveland. The account has been opened as follows:

| | |
|---|---|
| Name of Account: | Donna J. Loveland C/F Hannah Loveland UTMA UT (Restricted) |
| Nature of Restriction: | Pursuant to court order dated 01/28/2010 issued from the United States District Court, Nevada, no withdrawals, disbursements or transfers shall be made until further instructions are received from the Subpoena & Garnishment Unit. Trading is allowed. |
| Account No.: | ■■■■■ |
| Type of Account: | Custodial, UGMA/UTMA |
| Initial Deposit: | $88,350.28-Account transfer from The Insight Group, 3115 E Lion Ln, Ste 100, Salt Lake City, UT 84121 |
| Current Balance: | $89,728.53 as of 05/04/2010 |
| Date Acct Opened: | 09/02/2009 |

Please direct any questions regarding this matter to Brody Orton or Christine Anderson at Wells Fargo Advisors, LLC, Draper, UT (801)619-7900.

Sincerely,

*Joshua D. Thomas* (signature)

Joshua Thomas
WFA Complex Operations Manager

Please send all correspondence to:
Wells Fargo Advisors, LLC
12660 S Fort St, Ste 101
PO Box 340
Draper, UT 84020



Member FINRA/SIPC